IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

MARY A. HILL,                        :
                                     :
        Plaintiff,                   :
                                     :
v.                                   :        CIVIL ACTION 08-0088-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
        Defendant.                   :


JUDGMENT


        It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be

entered in favor of Plaintiff Mary A. Hill and against Defendant

Michael J. Astrue.

        DONE this 26th day of September, 2008.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE