```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           NORTHERN DIVISION
```

MARY A. HILL,  :
    Plaintiff,  :
vs.  : CIVIL ACTION 08-0088-M
MICHAEL J. ASTRUE,  :
Commissioner of  :
Social Security,  :
    Defendant.  :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,671.84.

DONE this 30th day of October, 2008.

                                     s/BERT W. MILLING, JR.
                                     UNITED STATES MAGISTRATE JUDGE