```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF ALABAMA
             NORTHERN DIVISION
```

MARY A. HILL, :
                                    :
    Plaintiff, :
                                    :
vs. :   CIVIL ACTION 08-0088-M
                                    :
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
                                    :
    Defendant. :

<u>ORDER</u>

Pending before the Court is Plaintiff's Motion for Reconsideration with attached Assignment (Doc. 29) and Defendant's Response to Plaintiff's Motion for Reconsideration (Doc. 31). After consideration of the Motion and Response, the Motion for Reconsideration is **GRANTED**. Upon reconsideration, it is **ORDERED** that the attorney's fee awarded pursuant to the Equal Access to Justice Act in the amount of $1,671.84 be **AWARDED** to Plaintiff's counsel, William T. Coplin, Jr., without objection by the Government. An Amended Judgment will be entered separately this date.

    DONE this 7th day of November, 2008.

                                             s/BERT W. MILLING, JR.
                                             UNITED STATES MAGISTRATE JUDGE