IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY A. HILL, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-0088-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | : | |
| Defendant. | : | |

## AMENDED JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** an EAJA attorney's fee in the amount of $1,671.84.

DONE this 7th day of November, 2008.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE